# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CODY SAWYER,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00166-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 50 |

　　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Tuesday, May 26, 2020 at 11:00 a.m., be vacated and continued to June 29, 2020, at the hour of 10:00 a.m.

　　　DATED this 21st day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3