# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CODY SAWYER,<br><br>    Defendant. | Case No. 2:18-cr-00166-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 53 |

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Monday, June 29, 2020, at 11:00 a.m., be vacated and continued to August 4, 2020, at 11:00 a.m.

    DATED this 26th day of June, 2020.

                                                                                _____
                                                                              UNITED STATES DISTRICT JUDGE

3